**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-7784**

_____

SIDNEY N. HOFFMAN,

               Plaintiff - Appellant,

     v.

JAMES VAUGHN, Superintendent, Caledonia Correctional
Institution,

               Defendant - Appellee.

_____

Appeal from the United States District Court for the Western
District of North Carolina, at Statesville.   Frank D. Whitney,
Chief District Judge.   (5:14-cv-00146-FDW)

_____

Submitted:  April 23, 2015         Decided:  April 28, 2015

_____

Before SHEDD, DUNCAN, and THACKER, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Sidney N. Hoffman, Appellant Pro Se.   Clarence Joe DelForge,
III, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North
Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sidney N. Hoffman seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (2012) petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(A) (2012). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2012). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the petition states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Hoffman has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal

contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED